IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 08-cv-02148-WDM-KLM

EDNA MULHOLLAND AND
ROBERT MULHOLLAND,

    Plaintiffs,

v.

SUBARU OF AMERICA, INC., et al.,

    Defendants.

---

## NOTICE OF DISMISSAL OF EMICH OLDSMOBILE, LLC D/B/A. JOHN ELWAY SUBARU ONLY

---

The court takes judicial notice that the parties have filed a Stipulation for Dismissal With Prejudice in accordance with Fed. R. Civ. P. 41(a)(2). Accordingly, the complaint is dismissed with prejudice as to defendant Emich Oldsmobile, LLC, d/b/a John Elway Subaru only, each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on January 13, 2009.

                                         BY THE COURT:


                                         s/ Walker D. Miller
                                         United States Senior District Judge

PDF FINAL