IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Civil Action No. 08-cv-02148-WDM-KLM

EDNA MULHOLLAND AND
ROBERT MULHOLLAND,

    Plaintiff(s),

v.

SUBARU OF AMERICA, INC., et al.,

    Defendant(s).
_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The following Minute Order is entered by Judge Walker D. Miller:

    The motion to file supplemental brief is granted.

Dated: February 9, 2009

                                             s/ Jane Trexler, Judicial Assistant