IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-02148-WDM-KLM

EDNA MULHOLLAND and
ROBERT MULHOLLAND,

     Plaintiffs,

v.

SUBARU OF AMERICA, INC.,
EMICH SUBARU WEST, LLC, d/b/a JOHN ELWAY SUBARU WEST,
HEUBERGER MOTORS, INC., d/b/a HEUBERGER SUBARU, INC.,

     Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

     This matter is before the Court on a Counsel for Defendant Heuberger Motors Inc. d/b/a Heuberger of Subaru, Inc.'s **Motion to Withdraw Attorney Christine Stegehuis** [Docket No. 59; Filed July 31, 2009] (the "Motion").

     IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. Christine Stegehuis is relieved of any further representation of Heuberger Motors, Inc. in the above-captioned matter.  The Clerk is instructed to **terminate Christine Stegehuis as attorney of record**, and to remove her name from the electronic certificate of mailing.  Counsel are reminded that all pleadings filed in this Court must be double spaced pursuant to D.C. Colo.LCiv. R. 10.1(E).

Dated:  July 31, 2009